LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JOHN GUAJARDO,<br>Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br>Defendant. | CIVIL NO. 1:08-CV-01071 GSA<br><br>**STIPULATION AND ORDER** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 4 days to respond to Plaintiff's Opening Brief. The current due date for the Commissioner's responsive brief was March 9, 2009. Due to a calendaring error, counsel for the Commissioner did not have the due date properly calendared. The new due date will be March 13, 2009.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

///

Respectfully submitted,

Dated: March 13, 2009

/s/ *Brian C. Shapiro*
(As authorized via email)
BRIAN C. SHAPIRO
Attorney for Plaintiff

Dated: March 13, 2009

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, the request to extend time for Defendant to file its opposition until March 13, 2009 is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated: March 16, 2009**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE