1  Brian C. Shapiro
   Attorney at Law: #192789
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: brian_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff JOHN J. GUAJARDO
6

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JOHN J. GUAJARDO, | ) Case No.: 1:08-cv-1071 -GSA |
|---|---|
| Plaintiff, | ) **AMENDED** STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff JOHN J. GUAJARDO ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, that Brian C. Shapiro, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of four thousand dollars ($4,000.00).  The parties make this amended stipulation because the stipulation filed and ordered on August 13, 2009 did not reflect the proper agreed upon amount.  Guajardo inadvertently failed to change the language on the original stipulation and order to reflect the

-1-

1  agreed upon amount before filing.  Guajardo apologizes to the court for any
2  inconvenience.
3       This amount represents compensation for all legal services rendered by
4  Brian C. Shapiro on behalf of Plaintiff in connection with this civil action, in
5  accordance with 28 U.S.C. § 2412(d).
6       The stipulation is entered into for the sole purpose of settling all disputed
7  claims regarding EAJA and avoiding the expenses and risks of litigation. This
8  stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
9  attorney fees, costs, and expenses.  This stipulation does not constitute an
10 admission of liability on the part of Defendant under the EAJA.  This stipulation
11 does not settle, or compromise the question of whether Brian C. Shapiro may be,
12 is, or should be the direct payee of an award of fees, costs, and expenses under the
13 EAJA in the absence or presence of an express or implied assignment of such an
14 award nor whether any such award is free from or subject to debts of Plaintiff, if
15 any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue
16 regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.
17       Neither this agreement nor the substance herein shall, in full or in part, be
18 quoted, cited or referred to in any document filed in any case but the present one
19 and it shall not, in full or in part, be attached to any document filed in any case but
20 the present one.
21       Payment of four thousand dollars ($4,000.00) in EAJA attorney fees, costs,
22 and expenses to Brian C. Shapiro shall constitute a complete release from and bar
23 to any and all claims Plaintiff may have relating to EAJA fees in connection with
24 this case.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's
25 assignee and delivered to Plaintiff's counsel.
26 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: August 18, 2009    Respectfully submitted,

Law Offices of Lawrence D. Rohlfing

BY: ___/s/ *Brian C. Shapiro*___
Brian C. Shapiro
Attorney for plaintiff JOHN J. GUAJARDO

DATE:  August 17, 2009    LAWRENCE G. BROWN
United States Attorney

BY: ___*/s/-*SHEA LITA BOND___
SHEA LITA BOND
Special Assistant United States Attorney
Attorneys for defendant MICHAEL J. ASTRUE
Commissioner of Social Security

[*Via email authorization on 8/17/09]

**ORDER**

**IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND DOLLARS and no/100's ($4,000.00), as authorized by 28 U.S.C.  2412(d), and subject to the terms and conditions of the Stipulation.

DATED: August 18, 2009

 ___/s/ Gary S. Austin___
UNITED STATES MAGISTRATE JUDGE